UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE IDANIA BARAJAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv1283-LL<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT**<br><br>**[ECF No. 23]** |

Before the Court is the parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Joint Motion for Voluntary Remand"). ECF No. 23. For good cause shown, the Court **GRANTS** the joint motion and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

orders that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Joint Motion for Voluntary Remand.

**IT IS SO ORDERED**.

Dated:  March 17, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge