UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVONNE IDANIA BARAJAS,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>                    Defendant. | Case No.: 19cv1283-LL<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF No. 25]** |

Before this Court is the Parties' Joint Motion requesting an order approving an award of attorney's fees and expenses under the Equal Access to Justice Act. ECF No. 25. For good cause shown, **IT IS ORDERED THAT**:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

Dated: May 26, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge